UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EDGARDO RODRIGUEZ,           )
 Petitioner                 )
                            )
     v.                  )        Civil Action No. 05-30170-MAP
                            )
UNITED STATES OF AMERICA,    )
 Respondent                 )

MEMORANDUM AND ORDER REGARDING
PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT
SENTENCE PURSUANT TO 28 U.S.C. § 2255
(Docket No. 1)

September 21, 2005

PONSOR, D.J.

    The petitioner has filed this second motion pursuant to 28 U.S.C. § 2255, seeking to vacate, set aside or correct his sentence. A previous motion based on this statute was denied by the court on March 2, 2001. This petition attempts to raise issues pursuant to the Supreme Court's decision in <u>United States v. Booker</u>, 125 S.Ct. 738 (2005).

    This petition must be dismissed for two reasons. First, this is a second petition barred by the Antiterrorism and Effective Death Penalty Act ("AEDPA") without appropriate authorization. <u>See</u> 28 U.S.C. § 2244(b)(3)(A). Second, the Supreme Court's <u>Booker</u> decision has been held to have no retroactive effect. <u>United States v. Cirilo-Munoz</u>, 404 F.3d 527 (1st Cir. 2005). The petitioner may not invoke the Supreme Court's <u>Booker</u> decision as a basis for remedy.

For the foregoing reasons, the petitioner's motion pursuant to 28 U.S.C. § 2255 is hereby DENIED, and the petition is hereby ordered DISMISSED.  This case may now be closed.

It is So Ordered.

                                    /s/Michael A. Ponsor
                                    MICHAEL A. PONSOR
                                    U. S. District Judge